==============================================================================

## * * * * * UNITED STATES DISTRICT COURT * * * * *

__NORTHERN__ DISTRICT OF __NEW YORK__

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO. 3:04-CV-435 (LEK/GJD)**

**SANDRA SMITH FRISBIE,**

        **Plaintiff,**

v.

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant,**

_____ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____XX____ **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED and ADJUDGED** that in the above entitled action, the Report-Recommendation of the Honorable Gustave J. DiBianco, United States Magistrate Judge for the Northern District of New York, dated February 06, 2006, is APPROVED and ADOPTED it its ENTIRETY; and it is further ORDERED that the action is DISMISSED in its ENTIRETY in favor of the Defendant (the decision of the Commissioner is affirmed) and against the Plaintiff; In accordance with the DECISION and ORDER of the Honorable Lawrence E. Kahn, U.S. District Judge for the Northern District of New York, dated March 28, 2006.

**DATE:** __March 28, 2006__

                                                               **_LAWRENCE K. BAERMAN_**
                                                               CLERK OF THE COURT

                                                               Scott A. Snyder
                                                                **Courtroom Deputy to the**
                                                                **Honorable Lawrence E. Kahn**